IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JELENA SCHULTZ, et al., )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MGA RESEARCH CORPORATION, )<br>Defendant. )<br> ) | Civil Action No. 1:15cv594 |

## ORDER

The matter is before the Court on the parties' "Notice of Settlement" (Doc. 11). In the notice, the parties request entry of an order "removing this case from the Court's trial docket" and providing the parties 30 days in which to submit a notice or stipulation of dismissal.

For good cause shown, and in light of the parties' reported settlement,

It is hereby **ORDERED** that the pending deadlines in this matter are **TERMINATED**.

It is further **ORDERED** that the parties are **DIRECTED** to submit an appropriate joint notice or stipulation of dismissal by 5:00 p.m., Friday, July 10, 2015.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
June 11, 2015

T. S. Ellis, III
United States District Judge