IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JELENA SCHULTZ, on behalf of herself and others similarly situated, and THOMAS MILLER, on behalf of himself and others similarly situated<br>*Plaintiffs,*<br>v.<br>MGA RESEARCH CORPORATION, Defendant. | Case No. 1:15-CV-00594 |

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Jelena Schultz and Thomas Miller hereby request the entry of an order granting Plaintiffs a voluntary dismissal of their Complaint with prejudice and without the assessment of costs or attorneys' fees against either party.

Dated:                                                              ASHCRAFT & GEREL, LLP

*(signature)*
Virginia R. Diamond (VSB No. 20992)
Craig A. Brown (VSB No. 29385)
Suite 650
4900 Seminary Road
Alexandria, VA  22311
703.627.5510
vdiamond@ashcraftlaw.com
cbrown@ashcraftlaw.com

Attorneys for Plaintiffs