IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JELENA SCHULTZ, on behalf of herself and others similarly situated, <br><br> and <br><br> THOMAS MILLER, on behalf of himself and others similarly situated <br><br> *Plaintiffs*, <br><br> v. <br><br> MGA RESEARCH CORPORATION, <br> *Defendant*. | Case No. 1:15-CV-00594 |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Jelena Schultz and Thomas Miller hereby request the entry of an order granting Plaintiffs a voluntary dismissal of their Complaint with prejudice and without the assessment of costs or attorneys' fees against either party.

Dated:

ASHCRAFT & GEREL, LLP

/s/ Virginia R. Diamond
Virginia R. Diamond (VSB No. 20992)
Craig A. Brown (VSB No. 29385)
Suite 650
4900 Seminary Road
Alexandria, VA 22311
703.627.5510
vdiamond@ashcraftlaw.com
cbrown@ashcraftlaw.com

Attorneys for Plaintiffs

So Ordered
/s/ 6/19/15
T. S. Ellis, III
United States District Judge